OTTIS VAN GAMMON, *Appellant;* v. JESSIE MARY GAMMON, *Appellee.*

Decision Filed March 8, 1923.

An Appeal from an Order of the Circuit Court within and for the County of St. Lucie; E. C. Davis, Judge.

*Fred H. Davis,* for Appellant;

*Parker & Thomas,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the order herein, and briefs and argument of counsel for the respective parties and upon a confession of error filed in this court signed by appellee, whereby the appellee confesses that there was error in the said order; it is therefore considered, ordered and adjudged by the court that the said order of the Circuit Court be, and the same is hereby, reversed.

All concur.